**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00783-DME-BNB

TANIA VELASQUEZ,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

**ORDER**

    THIS MATTER COMES BEFORE the Court on the parties' Joint Stipulation for Dismissal. The Court has reviewed this stipulation and believes itself fully advised.

    IT IS HEREBY ORDERED THAT this civil action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii), each party to pay its own costs and attorneys' fees.

    DONE AND SIGNED this  2nd  day of   September  , 2009.

    BY THE COURT:

    *s/ David M. Ebel*

    U. S. Circuit Court Judge